UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. No. S-08-347 FCD |
| v. ) | |
| ) | |
| WARDELL B. TALIAFERRO ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum      ( ) Ad Testificandum

Name of Detainee:    WARDELL B. TALIAFERRO
Detained at (custodian): Sacramento County Jail, 651 I Street, Sacramento, CA 95814

Detainee is:    a.)    (X) charged in this district by: ( ) Indictment    (X) Information    ( ) Complaint
                 charging detainee with: 18 U.S.C. § 1344 - Bank Fraud and 18 U.S.C. § 1708 - Possession of Stolen Mail

       or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    (X) return to the custody of detaining facility upon termination of proceedings

       or    b.)    ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Matthew D. Segal |
| Printed Name & Phone No: | Matthew D. Segal (916) 554-2708 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum      ( ) Ad Testificandum

     The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 09/12/08

                                                                      /s/ Gregory G. Hollows

taliaferro.ord                                                       United States Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | Wardell B. Taliaferro, Wardell Barles Bartlett, Wardell Taliaferro, Wardell B Talia-Ferro | Male |
| Booking or CDC #: | 09236532 | DOB: XX-XX-1971 |
| Facility Address: | Sacramento County Jail | Race: Black |
| | 651 I Street, Sacramento, CA 95814 | FBI #: |
| Facility Phone: | (916) 874-6752 | |
| Currently Incarcerated For: | Burglary, PC 459 | |

## RETURN OF SERVICE

Executed on _____      By: _____
                                                                                                                         (Signature)