DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
WARDELL B. TALIAFERRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:08-CR-347-FCD |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: October 20, 2008 |
| WARDELL B. TALIAFERRO, ) | TIME: 10:00 a.m. |
| ) | JUDGE: Hon. Frank C. Damrell, Jr. |
| Defendant. ) | |
| ) | |

It is hereby stipulated and agreed to between the United States of America through MATT SEGAL, Assistant U.S. Attorney, and defendant, WARDELL B. TALIAFERRO by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Monday, October 20, 2008 be continued to Monday, November 17, 2008 at 10:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for November 17, 2008

1  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
2  prepare] (Local Code T4).

4  DATED: October 16, 2008      Respectfully submitted,
                                DANIEL J. BRODERICK
5                               Federal Defender

6                               /S/ Benjamin Galloway
                                BENJAMIN GALLOWAY
7                               Assistant Federal Defender
                                Attorney for Defendant
8                               WARDELL B. TALIAFERRO

10 DATED: October 16, 2008      McGREGOR W. SCOTT
                                United States Attorney
11

12                              /s/ Benjamin Galloway for
                                MATT SEGAL
13                              Assistant U.S. Attorney
                                Attorney for Plaintiff

15                                **O R D E R**

16    **IT IS SO ORDERED.**  Time is excluded from today's date through and
17 including November 17, 2008 in the interests of justice pursuant to 18
18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code
19 T4.

22 DATED: October 16, 2008      _____
                                FRANK C. DAMRELL JR.
23                              United States District Judge