```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
WARDELL B. TALIAFERRO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 08-347-FCD |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE:  November 17, 2008 |
| WARDELL B. TALIAFERRO, ) | TIME:  10:00 a.m. |
| ) | JUDGE: Hon. Frank C. Damrell Jr. |
| Defendant. ) | |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through MATTHEW SEGAL, Assistant U.S. Attorney, and defendant, WARDELL B. TALIAFERRO by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Monday, November 17, 2008 be continued and to Monday, December 8, 2008 at 10:00 a.m. for change of plea.

The reason for this continuance is to allow parties time to finalize details in the plea agreement.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for December 8, 2008 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to

prepare] (Local Code T4).

DATED: November 14, 2008          Respectfully submitted,
                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /S/ Benjamin Galloway
                                  BENJAMIN GALLOWAY
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  WARDELL B. TALIAFERRO


DATED: November 14, 2008          McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ Benjamin Galloway for
                                  MATTHEW SEGAL
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including December 8, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED:   November 14, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE