# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA

v.

**WARDELL B. TALIAFERRO**

(Defendant's Name)

### JUDGMENT IN A CRIMINAL CASE

(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **2:08CR00347 -01**

BEN GALLOWAY, AFD

Defendant's Attorney

## THE DEFENDANT:

[✔]   admitted guilt to violation of charge 1  as alleged in the violation petition filed on 10/17/2011 .

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | NEW LAW VIOLATION | 12/30/2010 |

The court:  [✔] revokes supervision heretofore ordered on  3/23/2009  .

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

1/3/2012

Date of Imposition of Sentence

/s/ John A. Mendez

Signature of Judicial Officer

**JOHN A. MENDEZ**, United States District Judge

Name & Title of Judicial Officer

1/6/2012

Date

CASE NUMBER:        2:08CR00347 -01                                              Judgment - Page 2  of  2
DEFENDANT:          WARDELL B. TALIAFERRO

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 6 MONTHS .

**NO FURTHER TERM OF SUPERVISED RELEASE IS IMPOSED.**

[ ]        The court makes the following recommendations to the Bureau of Prisons:

[✔]        The defendant is remanded to the custody of the United States Marshal.

[ ]        The defendant shall surrender to the United States Marshal for this district.
           [ ] at ___ on ___.
           [ ] as notified by the United States Marshal.

[ ]        The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
           [ ] before _ on ___.
           [ ] as notified by the United States Marshal.
           [ ] as notified by the Probation or Pretrial Services Officer.
           If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____  to  _____

at _____ , with a certified copy of this judgment.

                                                          _____
                                                                    UNITED STATES MARSHAL

                                              By    _____
                                                              Deputy U.S.  Marshal